# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**SAMANTHA CHRISTINE SWIERENGA**                                      PLAINTIFF

VS.                      CASE NO. 3:24-CV-00032 BRW/PSH

**MARTIN O'MALLEY, Commissioner,**
**Social Security Administration**                                            DEFENDANT

## ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge Patricia S. Harris. No objections have been filed. After careful review, the Court approves and adopts the Findings and Recommendations in all respects.

Accordingly, the Commissioner's decision is reversed, and this case is REMANDED for further administrative proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 25th day of June, 2024.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE