# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**SAMANTHA CHRISTINE SWIERENGA**                                              **PLAINTIFF**

**VS.**                         **CASE NO. 3:24-CV-00032 BRW/PSH**

**MARTIN O'MALLEY, Commissioner,**
**Social Security Administration**                                            **DEFENDANT**

## JUDGMENT

Consistent with today's order, this case is remanded for further proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 25th day of June, 2024.

                                            Billy Roy Wilson                    
                                            UNITED STATES DISTRICT JUDGE